IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-129-KDB-DCK

| | |
|---|---|
| RICHARD F. TALLANT and PATRICIA A. RICHARD, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| ELIZABETH S. TALLANT, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Respondent's "Motion For Electronic Filing And Access" (Document No. 8) filed August 31, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion in part and deny the motion in part.

In consultation with the Clerk of Court's staff, the undersigned will respectfully decline to allow the *pro se* litigant to make electronic filings; however, if Respondent provides the Court with her email address, the Court can add that address to the docket and allow Respondent to *receive* electronic notices.

**IT IS, THEREFORE, ORDERED** that *pro se* Respondent's "Motion For Electronic Filing And Access" (Document No. 8) is **GRANTED in part and DENIED in part**.

Signed: September 2, 2020

David C. Keesler
United States Magistrate Judge